UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stoney Thompson,                                    Case No. 13-cv-529

        Petitioner

    v.                                              MEMORANDUM OPINION

Ed Shelton,

        Respondent

Before me is the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg, filed on September 5, 2017, regarding Petitioner Stoney Thompson's motion to stay proceedings and hold the petition in abeyance. (Doc. No. 54). Pursuant to the agreement by both parties that stay and abeyance is warranted in this case, Magistrate Judge Greenberg recommends I grant Petitioner's motion "on the condition that Thompson (1) initiate state court proceedings within ninety (90) days of this Order; (2) file quarterly status reports in this Court regarding the progress of state court proceedings; and (3) seek reinstatement on this Court's active docket within thirty (30) days of fully exhausting his state court remedies." *Id.* at 4. Magistrate Judge Greenberg also recommends "Respondent be allowed sixty (60) days from the date the stay is lifted to supplement the Return of Writ." *Id.* I have also reviewed the status report filed October 4, 2017. (Doc. No. 55).

Following review of the Magistrate Judge's Report and Recommendation, and hearing no objections by either party, I adopt the Magistrate Judge's proposal. The current proceedings regarding Thompson's § 2254 habeas petition are stayed and the petition held in abeyance so long as

Thompson complies with the conditions recommended by Magistrate Judge Greenberg, as set forth above.

    So Ordered.

                                              s/ Jeffrey J. Helmick
                                              United States District Judge